IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| OSCAR PEREZ-LOPEZ,<br>　　Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　Respondent. | )<br>)<br>)　CIVIL ACTION NO. 12-597-KD-M<br>)<br>)　CRIMINAL ACTION NO. 04-229-KD-M<br>)<br>) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 6, 2013 (Doc. 99) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Respondent's Motion to Dismiss (Doc. 96) is **GRANTED**, that Petitioner's Motion to Vacate (Docs. 93-94) is **DENIED**, and that this action is **DISMISSED**.  It is further **ORDERED** that any certificate of appealability filed by Petitioner be **DENIED** as he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **10th** day of **July 2013.**

　　　　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**