IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| OSCAR PEREZ-LOPEZ, : | |
|     Petitioner, : | |
| : | |
| v. : | CIVIL ACTION 14-00340-KD-M |
| : | CRIMINAL ACTION 04-00229-KD-M |
| UNITED STATES OF AMERICA, : | |
|     Respondent. : | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 21, 2014, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Respondent's motion to dismiss (Doc. 107) is **GRANTED** and Petitioner's motion to vacate (Doc. 102) is **DISMISSED.** It is further **ORDERED** that any certificate of appealability filed by Petitioner be denied as he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **19**th day of **November 2014.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**